UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL RE LIFE CORPORATION

                *Petitioner,*

    v.

AMERICAN GENERAL LIFE INSURANCE
COMPANY

                *Respondent.*

*Case No. 24-mc-00102*

~~PROPOSED~~ **ORDER ON PETITIONER GENERAL RE LIFE CORPORATION'S MOTION TO FILE UNDER SEAL PORTIONS OF THE PETITION TO CONFIRM FINAL ARBITRATION AWARD AND SUPPORTING MEMORANDUM OF LAW AND EXHIBITS**

Upon consideration of Petitioner's Motion to Seal portions of the Petition to Confirm the Final Arbitration Award and Supporting Memorandum of Law and Exhibits,

**IT IS HEREBY ORDERED,** that the Petition, Exhibits 2-4 of the Petition, and the Memorandum of Law in Support of Petition to Confirm the Final Arbitration Award is filed under seal;

**IT IS FURTHER ORDERED,** that the redacted version of the Petition and the redacted version of the Memorandum of Law in Support of the Petition be filed on the public docket. Exhibits 2-4 should remained sealed in their entirety.

IT IS SO ORDERED.

Dated: ___March 11___, 2024

_____
United States District Judge